Rufus M. Potts, insurance superintendent of State of Illinois, defendant in error, v. Assured's National Mutual Fire Insurance Company, plaintiff in error.

Objections to the report of a receiver appointed for an insurance company. Report approved in circuit court. Error to the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1921. Reversed in part and remanded in part with directions. Opinion filed July 10, 1922.

Wiley & Morey, for plaintiff in error. LeForgee, Black & Samuels, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

Action for damages for breach of contract to transport and deliver a shipment of whisky. Judgment for plaintiff. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Graves, J., dissenting. Opinion filed July 10, 1922.

---

Frank C. Jones, appellee, v. A. H. Hughes, appellant.

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

S. H. Cummins and Carey E. Barnes, for appellant. Ed. D. Henry and A. M. Fitzgerald, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

Albert J. Meier, appellant, v. George G. Moore, appellee.

Assumpsit, commenced by attachment, on a promissory note. Judgment for defendant. Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

Brown, Hay & Stephens, Wilbur R. Wicks and John A. Dowdall, for appellant. H. A. Swallow and H. M. Steely, for appellee.

Mr. Justice Niehaus delivered the opinion of the court,

---

Faber-Musser Company, appellant, v. William E. Dee Clay Manufacturing Company, appellee.

Action for damages for breach of contract to deliver fire brick. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

B, D. Monroe and Arthur Keithley, for appellant. John M. Quin-